1  ROB BONTA
   Attorney General of California
2  CHAD A. STEGEMAN
   Supervising Deputy Attorney General
3  C. HAY-MIE CHO
   State Bar No. 282259
4  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone:  (415) 510-4433
6   Facsimile:  (415) 703-5843
    E-mail: HayMie.Cho@doj.ca.gov
7  *Attorneys for Defendant R. Jaime-Daumy*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL FREEMAN,**<br><br>                             Plaintiff,<br><br>       v.<br><br>**R. JAIME-DAUMY,**<br><br>                             Defendant. | Case No. 3:20-cv-05382-TLT (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); [PROPOSED] ORDER**  AS MODIFIED |

Plaintiff Michael Freeman and Defendant R. Jaime-Daumy have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court shall retain jurisdiction for purposes of enforcing the settlement agreement.

Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

1

Stip. Voluntary Dismissal; [Proposed] Order  (3:20-cv-05382-TLT (PR))

| | | |
|---|---|---|
| 1 | Dated: June 14, 2023 | /s/ Stanley Goff |
| 2 | | Stanley Goff |
| | | Attorney for Plaintiff Michael Freeman |
| 3 | | |
| 4 | Dated: June 14, 2023 | /s/ C. Hay-Mie Cho |
| 5 | | C. Hay-Mie Cho |
| | | Deputy Attorney General |
| 6 | | California Attorney General's Office |
| | | Attorney for Defendant R. Jaime-Daumy |

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B., I attest that I have obtained consent to file for all signatures indicated by the mark "/s/" within this electronically filed document.

/s/ C. Hay-Mie Cho
C. HAY-MIE CHO
*Attorney for Defendant R. Jaime-Daumy*

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED:

Plaintiff's complaint is dismissed in its entirety with prejudice. This Court will retain jurisdiction for purposes of enforcing the settlement agreement. Each side shall bear its own attorneys' fees and costs. The parties shall have 60 days to comply with the terms of the settlement agreement.

Dated: June 14, 2023

TRINA THOMPSON
UNITED STATES DISTRICT JUDGE

SF2021400038
P.O.docx

2

Stip. Voluntary Dismissal; [Proposed] Order (3:20-cv-05382-TLT (PR))